UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF WISCONSIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NCR CORPORATION and SONOCO-U.S. MILLS, INC. (formerly known as U.S. Paper Mills Corp.),<br><br>　　　　Defendants. | CASE No. 2:06-cv-00484-JPS<br><br>The Honorable J.P. Stadtmueller |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO REASSIGN CASE TO THE HONORABLE LYNN ADELMAN

The United States and the State of Wisconsin (the "Plaintiffs") have filed "Plaintiffs' Unopposed Motion to Reassign this Related Case to the Honorable Lynn Adelman." The Motion points out that Judge Adelman has familiarity with this matter and has considered and approved Consent Decrees in three related cases concerning the Lower Fox River and Green Bay Site (Case Nos. 01-cv-0816, 02-cv-0602, and 03-cv-0949).

**NOW, THEREFORE**, in light of the Plaintiffs' Motion, and good cause appearing,

**IT IS HEREBY ORDERED**:

1. The Clerk of the Court shall reassign this case to the Honorable Lynn Adelman.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin, this  25th  day of April, 2006.

> BY THE COURT:
>
> s/ J. P. Stadtmueller
> J. P. Stadtmueller